UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

EVELINA CALCANO, *on behalf of herself and all other persons similarly situated*,

                            Plaintiff,

    -against-

AMERICAN RETAIL CORPORATION,

                           Defendant.

------------------------------------ x

ORDER

20 Civ. 7565 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

The February 24, 2021 conference is canceled.

Dated: New York, New York
       January 11, 2021

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge